JL

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Lee Yazzie, | No. CV 21-00784-PHX-MTL (JZB) |
| Petitioner, | |
| v. | **ORDER** |
| David Shinn, et al., | |
| Respondents. | |

On May 3, 2021, Petitioner Robert Lee Yazzie, who is confined in the Central Arizona Correctional Facility in Florence, Arizona, filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's Motion for Appointment of Counsel (Doc. 2).

"Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations."  *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986).  However, the Court has discretion to appoint counsel when "the interests of justice so require."  18 U.S.C. § 3006A(a)(2)(B).

Petitioner has not made the necessary showing for appointment of counsel at this time, and, therefore, his Motion for Appointment of Counsel will be denied without prejudice.  If, at a later date, the Court determines that an evidentiary hearing is required, counsel will be appointed in accordance with Rule 8(c) of the Rules Governing Section 2254 Proceedings.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is withdrawn only as to Petitioner's Motion for Appointment of Counsel (Doc. 2).

(2) The Motion for Appointment of Counsel (Doc. 2) is **denied without prejudice**.

(3) All other matters remain with the Magistrate Judge for disposition as appropriate.

Dated this 15th day of October, 2021.

Michael T. Liburdi
United States District Judge